■ In the Matter of FRANK AMIGONE v. GUY M. WALTERS, as Director of Rochester State Hospital.— Motion to prosecute appeal as a poor person

denied; motion to add appeal to the January 1968 Calendar denied; motion to dismiss appeal granted. Memorandum: If appellant desires to review the order of retention entered in the Monroe County Clerk's office on December 14, 1967, the proper procedure is to proceed in accordance with the provisions of section 74 of the Mental Hygiene Law. (Three motions.)